NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CLOUD SATCHEL, LLC,**
*Plaintiff-Appellant,*

v.

**BARNES & NOBLE, INC.,**
*Defendant-Appellee,*

AND

**AMAZON.COM, INC.,**
*Defendant-Appellee.*

2015-1261, -1262

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00941-SLR-SRF and 1:13-cv-00942-SLR-SRF, Judge Sue L. Robinson.

**O R D E R**

The above appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above.

2    CLOUD SATCHEL, LLC v. BARNES & NOBLE, INC.

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court

s26